
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6447**

| | | |
|---|---|---|
| MARY ASANTE, a/k/a<br>MARY CASON, | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. |
| v. | )<br>)<br>) | **JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE COX** |
| RUSH UNIVERSITY MEDICAL CENTER,<br>a corporation, ERIC OKUM, M.D.,<br>ALFREDO RAMIREZ, M.D., and JOHN<br>CHARTERS, M.D., | )<br>)<br>)<br>)<br>) | Formerly case No. 2007L010572, Circuit<br>Court of Cook County, Illinois. |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

To:   Dorothy Brown, Clerk                     Susan E. Loggans
      Circuit Court of Cook County, Illinois    Susan E. Loggans & Assoc., P.C.
      Richard J. Daley Center, Room 801         33 North LaSalle, Suite 1710
      50 West Washington Street                 Chicago, Illinois 60602
      Chicago, Illinois 60602

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 2679, and in support states the following:

1. On October 5, 2007, plaintiff commenced the above civil action against United States Naval Lieutenant Commander Alfredo Ramirez, M.D., in the Circuit Court of Cook County, alleging medical negligence. Copies of all process, pleadings and orders served upon the defendant are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d) upon certification by the designee of the Attorney General of the United States, that defendant Alfredo

Ramirez, M.D. was acting within the scope of his employment as a federal government employee at the time of the incident out of which the claim arose. *See* Certification attached as Exhibit B.

    3.    Notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

    4.    Pursuant to the Certification by the Attorney General's designee and the filing of this notice of removal, this civil action shall be deemed an action against the United States under 28 U.S.C. § 2679, and the United States shall be substituted as the party defendant in lieu of Alfredo Ramirez, M.D..

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d), and the Unites States is substituted as defendant in lieu of Alfredo Ramirez, M.D..

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ James M. Kuhn, Sr.
    JAMES M. KUHN, SR.
    Assistant United States Attorney
    219 South Dearborn, Room 500
    Chicago, Illinois 60604
    (312) 353-1877