07 C 6447

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

# Exhibit B

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Mary Asante, a/k/a Mary Cason v. Rush University Medical Center, a Corporation, et al.*, No. 07 L 010572 (Circuit Court of Cook County, Illinois), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that defendant Alfredo Ramirez, M.D., was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated:  November 11, 2007

_Thomas Walsh_
_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
    for the Northern District of Illinois

