UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY ASANTE, a/k/a<br>  MARY CASON,<br><br>        Plaintiff,<br><br>        v.<br><br>RUSH UNIVERSITY MEDICAL CENTER,<br>a corporation, ERIC OKUM, M.D.,<br>ALFREDO RAMIREZ, M.D., and JOHN<br>CHARTERS, M.D.,<br><br>        Defendants. | No. 07 C 6447<br><br><br>Formerly case No. 2007L010572, Circuit Court of Cook County, Illinois |

## NOTICE OF FILING

To:    Dorothy Brown, Clerk                Susan E. Loggans
        Circuit Court of Cook County, Illinois   Susan E. Loggans & Assoc., P.C.
        Richard J. Daley Center, Room 801    33 North LaSalle, Suite 1710
        50 West Washington Street            Chicago, Illinois 60602
        Chicago, Illinois 60602

      PLEASE TAKE NOTICE that on November 14, 2007, the United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, filed a Notice of Removal of a Civil Action in the above entitled action, a copy of which is submitted herewith.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By:  s/ James M. Kuhn, Sr.
                                  JAMES M. KUHN, SR.
                                  Assistant United States Attorney
                                  219 South Dearborn, Room 500
                                  Chicago, Illinois 60604
                                  (312) 353-1877

## **CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      NOTICE OF FILING

      NOTICE OF REMOVAL OF A CIVIL ACTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 14, 2007, to the following non-ECF filers:

| | |
|---|---|
| Dorothy Brown, Clerk | Susan E. Loggans |
| Circuit Court of Cook County, Illinois | Susan E. Loggans & Assoc., P.C. |
| Richard J. Daley Center, Room 801 | 33 North LaSalle, Suite 1710 |
| 50 West Washington Street | Chicago, Illinois 60602 |
| Chicago, Illinois 60602 | |

      s/ James M. Kuhn, Sr.
JAMES M. KUHN, Sr.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1877