**Exhibit C**

## DECLARATION OF FEDERAL EMPLOYMENT FOR LCDR ALFREDO RAMIREZ

1. LCDR Alfredo R. Ramirez is a member of the Medical Corps in the United States Navy. The Administrators of Rush Medical College at Rush University Medical Center in Chicago, Illinois ("the training institution") established an approved professional program to train LCDR Ramirez in a two-year Thoracic Surgery fellowship program. The two-year fellowship program ran from July 2004 to June 2006.

2. LCDR Ramirez reported to the program under orders issued by the United States Navy. During the fellowship, he remained an employee of the United States and performed duties within the course and scope of the federal employment. LCDR Ramirez received compensation from the United States Navy only, and was prohibited from receiving compensation, in any form, from the training institution or any other source.

3. Mary Asante, a/k/a/ Mary Cason, filed a lawsuit against Rush University Medical Center and several individual doctors alleging medical malpractice on or about October 30, 2005. This lawsuit was filed in the Circuit Court of Cook County, Illinois. LCDR Ramirez was named individually. A lawsuit against LCDR Ramirez cannot proceed in state court because of his status as a Federal employee acting within the scope of his employment at the time of the alleged malpractice. As of November 7, 2007, the plaintiff has not filed a claim under the Federal Tort Claims Act for LCDR Ramirez' alleged medical malpractice.

REBEKAH ALICE TURNER
Agency Counsel, Department of the Navy

1


GOVERNMENT EXHIBIT C