UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY ASANTE, a/k/a<br>  MARY CASON,<br><br>              Plaintiff,<br><br>      v.<br><br>RUSH UNIVERSITY MEDICAL CENTER,<br>et al.,<br><br>              Defendants. | )<br>)<br>)  No. 07 C 6447<br>)<br>)<br>)  Formerly case No. 2007L010572,Circuit<br>)  Court of Cook County, Illinois<br>)<br>)<br>)  Judge Gettleman<br>)<br>) |

## NOTICE OF MOTION

To:   Susan E. Loggans
      Susan E. Loggans & Assoc., P.C.
      33 North LaSalle, Suite 1710
      Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on November 21, 2007 at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Robert W. Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

UNITED STATES' MOTION TO DISMISS FOR
FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

in the above captioned case, at which time and place you may appear if you see fit.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                            By:   s/ James M. Kuhn, Sr.
                                               JAMES M. KUHN, SR.
                                               Assistant United States Attorney
                                               219 South Dearborn, Room 500
                                               Chicago, Illinois 60604
                                               (312) 353-1877