# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6447 | **DATE** | 11/21/2007 |
| **CASE TITLE** | Mary Asante   vs   Rush University Medical Center, et al | | |

**DOCKET ENTRY TEXT:**

United States' motion [5] to dismiss for failure to exhaust administrative remedies is granted.
By agreement, this cause is **remanded** to the Circuit Court of Cook County, Illinois.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|